```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 15328
   AARON C REED
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0253


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/16/2008 and was confirmed 09/08/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 11/14/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
EMC MORTGAGE CORPORATION CURRENT MORTG          .00             .00             .00
EMC MORTGAGE CORPORATION MORTGAGE ARRE      4835.43             .00             .00
LINCOLNWAY MANAGEMENT    SECURED             460.00             .00          125.00
CAPITAL ONE              UNSECURED           395.86             .00             .00
CAPITAL ONE              UNSECURED          1224.91             .00             .00
CAPITAL ONE              NOTICE ONLY      NOT FILED             .00             .00
CHASE STUDENT LOAN SERV  UNSECURED         15930.09             .00             .00
HSBC                     UNSECURED         12881.96             .00             .00
HSBC                     UNSECURED         10648.15             .00             .00
HSBC                     UNSECURED           617.26             .00             .00
LVNV FUNDING             UNSECURED           637.35             .00             .00
LVNV FUNDING             UNSECURED         11406.55             .00             .00
CITI MASTERCARD          UNSECURED         NOT FILED            .00             .00
HOME DEPOT               UNSECURED         NOT FILED            .00             .00
INOVATIVE BK             UNSECURED         NOT FILED            .00             .00
INOVATIVE BK             UNSECURED           4954.40            .00             .00
EMC MORTGAGE             NOTICE ONLY       NOT FILED            .00             .00
CHASE BANK USA           UNSECURED            279.73            .00             .00
LVNV FUNDING             UNSECURED            257.20            .00             .00
MARTIN J OHEARN          DEBTOR ATTY       3,000.00                        1,043.34
TOM VAUGHN               TRUSTEE                                              91.34
DEBTOR REFUND            REFUND                                              139.96

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                1,399.64

PRIORITY                                                  .00
SECURED                                                125.00
UNSECURED                                                 .00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 15328 AARON C REED
```

```
ADMINISTRATIVE                                                  1,043.34
TRUSTEE COMPENSATION                                               91.34
DEBTOR REFUND                                                     139.96
                                        ---------------   ---------------
TOTALS                                         1,399.64          1,399.64
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 02/24/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE